EDWARD C. BERNEGGER and MARIE MERZ, Respondents, v. BROOKLYN BUS CORPORATION, Appellant.— In this negligence action the plaintiffs were crossing Cornelia street in the borough of Queens when the defendant's bus made a sudden left turn into that street from Forest avenue. They were struck down and injured when they were approaching the center of the street. The defendant's version that the two left the curb and walked into the side of the bus while it was passing is not credible. The only question raised on this appeal is that the verdict is against the weight of the evidence. The trial was before the court, without a jury. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

THOMAS J. CARR, Plaintiff, v. THE CITY OF NEW YORK, Appellant, and TOMPKINS BUS CORPORATION, Respondent.— In an action to recover for personal injuries, order striking out the parts of appellant's answer styled " cross complaint," being paragraphs sixth to sixteenth, both inclusive, affirmed, with ten dollars costs and disbursements, with leave to appellant to plead over within ten days from the entry of the order hereon. The cross-complaint is insufficient in that it fails to allege that appellant has been damaged by the sole negligence of the defendant bus company, or for that reason will have been damaged if plaintiff recover a judgment against appellant. (See *Birchall* v. *Clemons Realty Co., Inc.*, 241 App. Div. 286.) Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

FELICI CASCIO and LAWRENCE CASCIO, an Infant under the Age of Fourteen Years, by His Guardian ad Litem, FELICI CASCIO, Respondents, v. FILOMENA COVELLI and ORSULA RICCARDI, Appellants.— This action was brought by the infant plaintiff to recover for injuries sustained through defendants' negligence by reason of a loosened radiator in the hallway of their premises falling upon the infant; and for damages sustained by his father by reason of medical and other expenses paid or incurred. The cause was tried by the court without a jury. Judgment was entered in favor of the plaintiffs upon a decision of the trial court. From that judgment defendants appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.